## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LATTA, ROBERT E. | § | Case No. 09-40104 JBS |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/29/2010 in Courtroom 682,

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/03/2010 _____          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | | |
|---|---|---|---|
| In re: | § | | |
| | § | | |
| LATTA, ROBERT E. | § | Case No. 09-40104 JBS | |
| | § | | |
| Debtor(s) | § | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 940,335.20 |
| and approved disbursements of | $ | 621,826.19 |
| leaving a balance on hand of[1] | $ | 318,509.01 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Frances Gecker | $     19,292.28 | $         0.00 |
| Attorney for trustee: FRANK/GECKER LLP | $     14,969.00 | $       519.46 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $_____ | $_____ |
| Attorney for: | | $_____ | $_____ |
| Accountant for: | | $_____ | $_____ |
| Appraiser for: | | $_____ | $_____ |
| Other: | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,205.49  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.2  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | COOK COUNTY | | |
| 000001 | TREASURER'S OFFICE | $          1,357.94 | $          1,361.10 |
| 000002 | Roundup Funding, LLC | $            468.74 | $            469.83 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Palos Bank and Trust Company | $ 5,197.05 | $ 5,209.16 |
| 000004 | Fia Card Services, NA/Bank of America | $ 4,359.61 | $ 4,369.76 |
| 000005 | T Mobile/T-Mobile USA Inc | $ 376.29 | $ 377.17 |
| 000006 | 537-545 West Roscoe Condominium Association | $ 2,445.86 | $ 2,451.56 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 269,489.69 .

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: choward              Page 1 of 1          Date Rcvd: Jun 04, 2010
Case: 09-40104               Form ID: pdf006            Total Noticed: 38

The following entities were noticed by first class mail on Jun 06, 2010.
```
db              +Robert E. Latta,   P.O. Box 162,   Palos Heights, IL 60463-0162
aty             +James A Young,   James A Young & Associates, Ltd.,   47 DuPage Court,   Elgin, IL 60120-6421
aty             +Ted Jennings,   Cogan & McNabola PC,   55 W Wacker Dr 9th Floor,   Chicago, IL 60601-1794
aty             +Zane L Zielinski,   Frank/Gecker LLP,   325 N. LaSalle,   Suite 625,   Chicago, IL 60654-6465
14631919         537-545 Roscoe Court Condominium Assoc.,   P.O. Box 5975,   Carol Stream, IL 60197-5975
15442805        +537-545 West Roscoe Condominium Association,   % Fosco Fullett Rosenlund PC,
                 1156 Shure Drive, Suite 140,   Arlington Heights, IL 60004-1439
14631924         AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
14631925         AT&T Mobility,   P.O. Box 6428,   Carol Stream, IL 60197-6428
14631920         Accelerated Rehabilitation Centers, Ltd.,   2396 Momentum Place,   Chicago, IL 60689-5323
14631921        +Acs/brazos,   501 Bleecker St,   Utica, NY 13501-2401
14631922        +Alsip Fire Dept,   P.O. Box 438495,   Chicago, IL 60643-8495
14631923        +Astoria Fed Sav/dovenm,   1 Corporate Dr Ste 360,   Lake Zurich, IL 60047-8945
14631926        +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
14631927         Bk Of Amer,   4060 Ogletown/stan De5-019-03-07,   Newark, DE 19713
14700811        +COOK COUNTY TREASURER'S OFFICE,   LEGAL DEPARTMENT,   118 NORTH CLARK STREET - ROOM 112,
                 CHICAGO, IL 60602-1332
14631928        +City Of Chicago,   C/O Corporation Counsel,   30 N. LaSalle Street - No. 800,
                 Chicago, IL 60602-2590
14631929         Comcast Cable,   P.O. Box 3002,   Southeastern, PA 19398-3002
14631930         Comcast Cable,   1225 W. North Avenue,   Chicago, IL 60622-1562
14631931         Cook County Treasurer,   P.O. Box 4468,   Carol Stream, IL 60197-4468
14631932         Demetrius A. Kare, Esq.,   Kare & Associates,   100 N. La Salle Street, No. 1710,
                 Chicago, IL 60602-2407
14631933        +Harris N A,   Po Box 94034,   Palatine, IL 60094-4034
14631918        +Landry & Associates,   120 E Ogden Avenue Suite 212,   Hinsdale, IL 60521-3546
14631917        +Latta Robert E,   541 W Roscoe,   Unit 1E,   Chicago, IL 60657-3537
14631934         Laurel Glen Condos Of Westgate,   P.O. Box 516,   Bedford Park, IL 60499-0516
14631935         Northwestern Medical Foundation,   38693 Eagle Way,   Chicago, IL 60678-1386
14631937        +Northwestern Memorial Hospital,   251 Huron Street,   Chicago, IL 60611-3232
14631936         Northwestern Memorial Hospital,   P.O. Box 73690,   Chicago, IL 60673-7690
14631938         Palos B&t,   12600 S. Harlem Ave.,   Palos Heights, IL 60463-1448
15290190        +Palos Bank and Trust Company,   12600 S. Harlem Avenue,   Palos Heights, IL 60463-0927
15238600         Palos Bank and Trust Company,   Thomas A Brown/Swanson & Brown,   12600 S. Harlem Ave.,
                 Palos Heights, IL 60463
14631939        +Park Management And Realty, Inc.,   7030 Centennial Drive,   Tinley Park, IL 60477-1649
14631940         Peoples Gas,   Chicago, IL 60687-0001
14631941        +Pierce & Associates,   1 North Dearborn,   Suite 1300,   Chicago, IL 60602-4373
14631942         T-Mobile,   P.O. Box 717535765,   Cincinnatti, OH 45274-2596
```

The following entities were noticed by electronic transmission on Jun 04, 2010.
```
tr              +E-mail/Text: csmith@fgllp.com                           Frances Gecker,   325 North LaSalle Street,
                 Suite 625,   Chicago, IL 60654-6465
15425329         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2010 00:05:26
                 American Infosource Lp As Agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK 73124-8848
15370266         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2010 00:05:27
                 Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                 Oklahoma City, OK 73124-8809
15081392         E-mail/PDF: BNCEmails@blinellc.com Jun 05 2010 00:04:23     Roundup Funding, LLC,   MS 550,
                 PO Box 91121,   Seattle, WA 98111-9221
                                                                                    TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**          **Signature:**          _Joseph Speetjens_