UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
LATTA, ROBERT E. § Case No. 09-40104
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Latta | | | |
| Robert Latta | | | |
| Robert E. Latta | | | |
| Robert E. Latta | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 537-545 Roscoe Court Condominium Assoc P.O. Box 5975 Carol Stream, IL 60197-5975 | | | | | |
| | Astoria Fed Sav/dovenm 1 Corporate Dr Ste 360 Lake Zurich, IL 60047 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Harris N A Po Box 94034 Palatine, IL 60094 | | | | | |
| | Laurel Glen Condos Of Westgate P.O. Box 516 Bedford Park, IL 60499-0516 | | | | | |
| | Park Management And Realty, Inc. 7030 Centennial Drive Tinley Park, IL 60477 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pierce & Associates 1 North Dearborn Suite 1300 Chicago, IL  60602 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| THEODORE JENNINGS | | | | | |
| THEODORE JENNINGS | | | | | |
| THEODORE JENNINGS | | | | | |
| THEODORE JENNINGS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer P.O. Box 4468 Carol Stream, IL 60197-4468 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | Accelerated Rehabilitation Centers, Ltd. 2396 Momentum Place Chicago, IL 60689-5323 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/brazos 501 Bleecker St Utica, NY 13501 | | | | | |
| | Advocate Christ Medical Center 4440 95th Street Oak Lawn, IL | | | | | |
| | Alsip Fire Dept P.O. Box 438495 Chicago, IL 60643 | | | | | |
| | City Of Chicago C/O Corporation Counsel 30 N. LaSalle Street - No. 800 Chicago, IL 60602 | | | | | |
| | Comcast Cable 1225 W. North Avenue Chicago, IL 60622-1562 | | | | | |
| | Comcast Cable P.O. Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Demetrius A. Kare, Esq. Kare & Associates 100 N. La Salle Street, No. 1710 Chicago, IL 60602-2407 | | | | | |
| | Northwestern Medical Foundation 38693 Eagle Way Chicago, IL 60678-1386 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwestern Memorial Hospital 251 Huron Street Chicago, IL 60611-2908 | | | | | |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | | | | |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | | | | |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | | | | |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | | | | |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | | | | |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | | | | |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | | | | |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | | | | |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | | | | |
| | Peoples Gas Chicago, IL 60687-0001 | | | | | |
| 000006 | 537-545 WEST ROSCOE CONDOMINIUM ASS | | | | | |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000003 | PALOS BANK AND TRUST COMPANY | | | | | |
| 000002 | ROUNDUP FUNDING, LLC | | | | | |
| 000001 | COOK COUNTY TREASURER'S OFFICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 537-545 WEST ROSCOE CONDOMINIUM ASS | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | PALOS BANK AND TRUST COMPANY | | | | | |
| | ROUNDUP FUNDING, LLC | | | | | |
| | United States Bankruptcy Court | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-40104 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- |
| Case Name: | LATTA, ROBERT E. | | | Date Filed (f) or Converted (c): | 10/26/09 (f) |
| | | | | 341(a) Meeting Date: | 12/11/09 |
| For Period Ending: | 11/23/10 | | | Claims Bar Date: | 05/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDOMINIUM UNIT COMMONLY KNOWN AS 13149 FOREST RI  Debtor Claimed Exemption | 231,500.00 | 0.00 | | 0.00 | FA |
| 2. CONDOMINIUM UNIT COMMONLY KNOWN AS 541 W. ROSCOE, | 215,000.00 | 0.00 | DA | 0.00 | FA |
| 3. CASH ON HAND  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT WITH NATIONAL CITY BANK, ACCOUNT  Debtor Claimed Exemption | 800.00 | 0.00 | | 0.00 | FA |
| 5. FUTON, 2 LEATHER RECLINER CHAIRS, DINING ROOM SET,  Debtor Claimed Exemption | 3,000.00 | 1,650.00 | | 0.00 | FA |
| 6. BOOKS AND COMPACT DISCS  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL  Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY  Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 9. NIKON SLR CAMERA  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

Ver: 16.01

Case 09-40104 Doc 59 Filed 12/01/10 Entered 12/01/10 10:22:12 Desc Main
Document Page 12 of 19

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 09-40104 | JBS | Judge: Jack B. Schmetterer |
|---|---|---|---|
| Case Name: | LATTA, ROBERT E. | | |

| Trustee Name: | Frances Gecker |
|---|---|
| Date Filed (f) or Converted (c): | 10/26/09 (f) |
| 341(a) Meeting Date: | 12/11/09 |
| Claims Bar Date: | 05/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. DEBTOR'S INTEREST IN KEOGH PLAN THROUGH SCHWAB, AC Debtor Claimed Exemption | 2,230.53 | 0.00 | | 0.00 | FA |
| 11. INTEREST OF DEBTOR IN SCHWAB MONEY MARKET (KEOGH) Debtor Claimed Exemption | 4,653.13 | 0.00 | | 0.00 | FA |
| 12. CONTINGENT INTEREST IN MEDICAL MALPRACTICE LITIGAT | 0.00 | Unknown | | 940,309.20 | FA |
| 13. 2004 JEEP LIBERTY AUTOMOBILE WITH 65,000 MILES, IN | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. 2009 HONDA ELEMENT LX AUTOMOBILE, WITH 3,000 MILES | 17,250.00 | 17,250.00 | DA | 0.00 | FA |
| 15. PROFESSIONAL DESK AND PRINTERS | 300.00 | 300.00 | DA | 0.00 | FA |
| 16. GOLDEN RETRIEVER DOG | 0.00 | Unknown | | 0.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 26.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $478,083.66   $19,200.00   $940,335.20   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/10    Current Projected Date of Final Report (TFR): 06/01/10

Case 09-40104    Doc 59    Filed 12/01/10    Entered 12/01/10 10:22:12    Desc Main
Document      Page 13 of 19

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 09-40104 JBS  Judge: Jack B. Schmetterer | | Trustee Name: | Frances Gecker |
| Case Name: | LATTA, ROBERT E. | | Date Filed (f) or Converted (c): | 10/26/09 (f) |
| | | | 341(a) Meeting Date: | 12/11/09 |
| | | | Claims Bar Date: | 05/10/10 |

/s/    Frances Gecker
_____ Date: 11/23/10
FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-40104 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LATTA, ROBERT E. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5609  MONEY MARKET |
| Taxpayer ID No: | 35-6847377 | | |
| For Period Ending: | 11/23/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/10 | 12 | Loyola University Health System<br>2160 S. First Avenue<br>Maywood, IL  60153 | | 1142-000 | 940,309.20 | | 940,309.20 |
| 04/29/10 | 001000 | Theodore Jennings<br>Cogan & McNabola<br><br>Fees          262,500.00<br>Expenses         9,326.19 | Pursuant to Court Order 3/29/10<br><br><br>3210-000<br>3220-000 | | | 271,826.19 | 668,483.01 |
| * 04/29/10 | 001001 | Robert Latta | Pursuant to Order of 4/12/10 | | | 350,000.00 | 318,483.01 |
| 04/30/10 | 17 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 3.32 | | 318,486.33 |
| * 04/30/10 | 001001 | Robert Latta | Pursuant to Order of 4/12/10<br>Debtor returned check to have 2 separate checks drafted. | | | -350,000.00 | 668,486.33 |
| 04/30/10 | 001002 | Robert Latta | Pursuant to Order of 4/12/10 | 8200-002 | | 250,000.00 | 418,486.33 |
| 04/30/10 | 001003 | Robert Latta | Pursuant to Order of 4/12/10 | 8200-002 | | 100,000.00 | 318,486.33 |
| 05/28/10 | 17 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 21.46 | | 318,507.79 |
| 06/03/10 | 17 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.22 | | 318,509.01 |
| 06/03/10 | | Transfer to Acct #*******5706 | Final Posting Transfer | 9999-000 | | 318,509.01 | 0.00 |

Page Subtotals         940,335.20        940,335.20

Ver: 16.01

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-40104 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | LATTA, ROBERT E. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5609 MONEY MARKET |
| Taxpayer ID No: | 35-6847377 | | | |
| For Period Ending: | 11/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 940,335.20 | 940,335.20 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 318,509.01 | |
| | | | Subtotal | | 940,335.20 | 621,826.19 | |
| | | | Less: Payments to Debtors | | | 350,000.00 | |
| | | | Net | | 940,335.20 | 271,826.19 | |

Page Subtotals 0.00 0.00

Ver: 16.01

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-40104 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LATTA, ROBERT E. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5706  GENERAL CHECKING |
| Taxpayer ID No: | 35-6847377 | | |
| For Period Ending: | 11/23/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/10 | | Transfer from Acct #*******5609 | Transfer In From MMA Account | 9999-000 | 318,509.01 | | 318,509.01 |
| 07/29/10 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 19,292.28 | 299,216.73 |
| 07/29/10 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee<br><br>Fees           14,969.00<br>Expenses         519.46 | <br><br>3110-000<br>3120-000 | | 15,488.46 | 283,728.27 |
| * 07/29/10 | 001002 | COOK COUNTY TREASURER'S OFFICE<br>LEGAL DEPARTMENT<br>118 NORTH CLARK STREET - ROOM 112<br>CHICAGO, IL 60602 | Claim 000001, Payment 100%<br><br>Claim          1,357.94<br>Interest            3.16 | <br><br>7100-003<br>7990-003 | | 1,361.10 | 282,367.17 |
| 07/29/10 | 001003 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA  98111-9221 | Claim 000002, Payment 100%<br><br>Claim            468.74<br>Interest            1.09 | <br><br>7100-000<br>7990-000 | | 469.83 | 281,897.34 |
| | | | Page Subtotals | | 318,509.01 | 36,611.67 | |

Ver: 16.01

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-40104 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | LATTA, ROBERT E. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5706  GENERAL CHECKING |
| Taxpayer ID No: | 35-6847377 | | | |
| For Period Ending: | 11/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/10 | 001004 | Palos Bank and Trust Company<br>Thomas A Brown/Swanson & Brown<br>12600 S. Harlem Ave.<br>Palos Heights, IL 60463<br><br>Claim          5,197.05<br>Interest          12.11 | Claim 000003, Payment 100%<br><br><br><br><br>7100-000<br>7990-000 | | | 5,209.16 | 276,688.18 |
| 07/29/10 | 001005 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><br>Claim          4,359.61<br>Interest          10.15 | Claim 000004, Payment 100%<br><br><br><br><br>7100-000<br>7990-000 | | | 4,369.76 | 272,318.42 |
| 07/29/10 | 001006 | T Mobile/T-Mobile USA Inc<br>c/o American Infosource LP As Agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br><br>Claim            376.29<br>Interest            0.87 | Claim 000005, Payment 100%<br><br><br><br><br>7100-000<br>7990-000 | | | 377.16 | 271,941.26 |
| 07/29/10 | 001007 | 537-545 West Roscoe Condominium Association<br>% Fosco Fullett Rosenlund PC<br>1156 Shure Drive, Suite 140<br>Arlington Heights, IL 60004<br><br>Claim          2,445.86<br>Interest            5.71 | Claim 000006, Payment 100%<br><br><br><br><br>7100-000<br>7990-000 | | | 2,451.57 | 269,489.69 |

Page Subtotals        0.00        12,407.65

Ver: 16.01

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 09-40104 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LATTA, ROBERT E. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5706 GENERAL CHECKING |
| Taxpayer ID No: | 35-6847377 | | |
| For Period Ending: | 11/23/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/29/10 | 001008 | Robert E. Latta<br>Back-to-Debtor | Surplus Funds Paid to Debtor | 8200-003 | | 269,489.69 | 0.00 |
| * 07/29/10 | 001008 | Robert E. Latta<br>Back-to-Debtor | Surplus Funds Paid to Debtor<br>Debtor wants 2 checks with amount split up. | 8200-003 | | -269,489.69 | 269,489.69 |
| 07/29/10 | 001009 | Robert E. Latta<br>Back-to-Debtor | Surplus Funds Paid to Debtor | 8200-002 | | 134,744.50 | 134,745.19 |
| 07/29/10 | 001010 | Robert E. Latta<br>Back-to-Debtor | Surplus Funds Paid to Debtor | 8200-002 | | 134,745.19 | 0.00 |
| * 09/16/10 | 001002 | COOK COUNTY TREASURER'S OFFICE<br>LEGAL DEPARTMENT<br>118 NORTH CLARK STREET - ROOM 112<br>CHICAGO, IL 60602 | Claim 000001, Payment 100%<br>Check was returned because taxes were paid and claim was satisfied.<br><br>Claim ( 1,357.94 )<br>Interest ( 3.16) | <br><br><br><br>7100-003<br>7990-003 | | -1,361.10 | 1,361.10 |
| 09/16/10 | 001011 | United States Bankruptcy Court<br>Courtroom 682<br>219 South Dearborn Street<br>Chicago, IL 60604 | Claim 000001, Payment 100%<br><br><br>Claim 1,357.94<br>Interest 3.16 | <br><br><br>7100-001<br>7990-001 | | 1,361.10 | 0.00 |

Page Subtotals  0.00  269,489.69

Ver: 16.01

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 18)

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-40104 -JBS |
| Case Name: | LATTA, ROBERT E. |
| Taxpayer ID No: | 35-6847377 |
| For Period Ending: | 11/23/10 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5706  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 318,509.01 | 318,509.01 | 0.00 |
| Less:  Bank Transfers/CD's | 318,509.01 | 0.00 | |
| Subtotal | 0.00 | 318,509.01 | |
| Less:  Payments to Debtors | | 269,489.69 | |
| Net | 0.00 | 49,019.32 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********5609 | 940,335.20 | 271,826.19 | 0.00 |
| GENERAL CHECKING - ********5706 | 0.00 | 49,019.32 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 940,335.20 | 320,845.51 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature:  /s/  Frances Gecker    Date: _____
FRANCES GECKER

Page Subtotals          0.00      0.00

Ver: 16.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*